COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-231-CV

 

 

NATIONAL
DIVERSIFIED SALES, INC.                                     APPELLANT

 

                                                   V.

 

DFW
ALLIANCE CORP., JEFF NIELSON,                                    APPELLEES

INDIVIDUALLY AND D/B/A
ALLIANCE 

SALES AND MARKETING
GROUP, 

AND D/FW PLASTICS, INC.

 

                                               ----------

 

               FROM THE 271ST
DISTRICT COURT OF WISE COUNTY

 

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------








We have considered the parties= AJoint
Motion To Dismiss Appeal.@ 
Because the parties have settled all matters in the appeal, it is the
court=s
opinion that the motion should be granted. 
We therefore set aside the trial court=s
judgment without regard to the merits and remand the case to the trial court
for rendition of judgment in accordance with the parties=
agreement.  See TEX. R. APP. P.
42.1(a)(2)(B).

Costs of this appeal shall be taxed against the
party incurring same, for which let execution issue.

 

PER CURIAM

PANEL A:  CAYCE, C.J.; HOLMAN and MCCOY, JJ.

 

DELIVERED:  August 31, 2007











[1]See Tex. R. App. P. 47.4.